**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| MICHELLE WOODWARD, | ) | Case 3:23-cv-00123-ML |
|     *Plaintiff*, | ) | |
| | ) | Hon. Miroslav Lovric |
| v. | ) | United States Magistrate Judge |
| | ) | |
| KILOLO KIJAKAZI, | ) | **CONSENT ORDER AWARDING** |
| Acting Commissioner | ) | **ATTORNEY'S FEES UNDER THE** |
| of Social Security, | ) | **EQUAL ACCESS TO JUSTICE ACT** |
|     *Defendant*. | ) | **(EAJA), 28 U.S.C. § 2412(d)** |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of $ 1,088.05 (one thousand and eighty-eight dollars and five cents). Such award is made in full satisfaction of any claim for fees, costs, and other expenses pursuant to the EAJA.

It is further agreed that payment of fees will be made directly to Plaintiff's attorney if Plaintiff has agreed to transfer her rights to EAJA fees to her attorney, and provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

AND, the Court having reviewed this matter,

IT IS on this 26th day of     May    , 2023;

ORDERED that Plaintiff be allowed said award under the Equal Access to Justice Act.

*/s/ Miroslav Lovric*
Hon. Miroslav Lovric,
United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

|   |   |
|---|---|
|   | CARLA B. FREEDMAN<br>United States Attorney for the<br>Northern District of New York<br>Attorney for Defendant |
| By: | */s/ Candace Brown Casey*<br>Candace Brown Casey<br>Special Assistant United States Attorney<br>N.D.N.Y. Bar Roll No. 704099<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Boulevard<br>Baltimore, MD 21235<br>(212) 264-2438<br>candace.m.brown.casey@ssa.gov |
|   | LACHMAN & GORTON<br>Attorneys for Plaintiff |
| By: | *s/ Peter A. Gorton*[1]<br>Peter A. Gorton, Esq.<br>N.D.N.Y. Bar Roll No. 104832<br>P.O. Box 89<br>Endicott, New York 13760<br>(607) 754-0500<br>office@lglaw.org |

---

[1] Peter Gorton gave counsel for the Commissioner consent to electronically sign his name to this document via email on May 26, 2023.